21-2540

FRAZIER

V

LINCOLN NATIONAL

21-2540

FRAZIER

V

LINCOLN NATIONAL

THOMAS L. PARKER

Annie T. Christoff