**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

**LANCE FRAZIER,**

**Plaintiff,**

**V.**

**LINCOLN NATIONAL INSURANCE COMPANY**

**Defendant.**

**CIVIL ACTION NO. 21-CV-02540 – TLP-dkv**

**JUDGE THOMAS L. PARKER**

**MAGISTRATE JUDGE ANNIE T. CHRISTOFF**

# ORDER

On this day, came on to be considered the Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint. Upon reviewing the Motion, the Court finds that it has merit and should be and hereby is granted.

IT IS ORDERED that Defendant Lincoln National Insurance Company shall have until and including September 30, 2021, to answer or otherwise respond to Plaintiff's Complaint.

**SIGNED** this ______ day of September, 2021.

______________________________
UNITED STATES DISTRICT JUDGE