**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

| | |
|---|---|
| **LANCE FRAZIER,** | **CIVIL ACTION NO. 21-CV-02540 – TLP-dkv** |
| **Plaintiff,** | |
| **V.** | **JUDGE THOMAS L. PARKER** |
| **LINCOLN NATIONAL INSURANCE COMPANY** | **MAGISTRATE JUDGE ANNIE T. CHRISTOFF** |
| **Defendant.** | |

# ORDER

On this day, came on to be considered the Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint. Upon reviewing the Motion, the Court finds that it has merit and should be and hereby is granted.

IT IS ORDERED that Defendant Lincoln National Insurance Company shall have until and including October 14, 2021, to answer or otherwise respond to Plaintiff's Complaint.

**SIGNED** this ______ day of _________________, 2021.

_______________________________
UNITED STATES DISTRICT JUDGE