**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

| | |
|---|---|
| **LANCE FRAZIER,** | **CIVIL ACTION NO. 21-CV-02540 – TLP-dkv** |
| **Plaintiff,** | |
| **V.** | **JUDGE THOMAS L. PARKER** |
| **LINCOLN NATIONAL INSURANCE COMPANY** | **MAGISTRATE JUDGE ANNIE T. CHRISTOFF** |
| **Defendant.** | |

**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Plaintiff, Lance Frazier, and Defendant, Lincoln National Insurance Company ("Lincoln National"), by and through their undersigned counsel of record, file this Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint and would show unto the Court as follows:

1. Plaintiff's Complaint (the "Complaint") was filed on August 20, 2021 (Doc 1), and Lincoln National was served through delivery of the summons to the Tennessee Department of Commerce and Insurance on August 26, 2021. The Court previously entered a text order (Docu 8) giving Lincoln National until September 30, 2021, to file an answer in this action.

2. Counsel for the Parties have now determined and agreed that the Short Term Disability Plan in question must be substituted as the defendant in this action. Accordingly, the parties request an extension for Lincoln National to respond to or answer the Complaint in order to facilitate the preparation and filing of an amended complaint to make this substitution. As

such, the Parties request that the Court enter an order that Lincoln National have until and including October 14, 2021, to answer or otherwise respond to the Complaint.

3. This Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

4. There has been one previous extension of time to plead in this matter.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Honorable Court to grant this Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint and allow Lincoln National until and including October 14, 2021, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 29th day of September, 2021.

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

**COUNSEL FOR DEFENDANT**

- AND -

*/s/ John E. Dunlap*
John E. Dunlap
3340 Poplar Avenue #320
Memphis, TN 38111
PH: (901) 320-1603 (telephone)
Fax: (901) 320-6914 (facsimile)
Email: jdunlap00@gmail.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 29th, 2021, the above and foregoing Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

*/s/ John Dunlap*
John Dunlap