**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

| | |
|---|---|
| **LANCE FRAZIER,** | **CIVIL ACTION NO. 2:21-CV-02540-TLP-atc** |
| **Plaintiff,** | |
| **V.** | **JUDGE THOMAS L. PARKER** |
| **LINCOLN NATIONAL INSURANCE COMPANY** | **MAGISTRATE JUDGE ANNIE T. CHRISTOFF** |
| **Defendant.** | |

**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Plaintiff, Lance Frazier, and Defendant, Lincoln National Insurance Company ("Lincoln National"), by and through their undersigned counsel of record, file this Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint and would show unto the Court as follows:

1. Plaintiff's Complaint (the "Complaint") was filed on August 20, 2021 (Doc 1), and Lincoln National was served through delivery of the summons to the Tennessee Department of Commerce and Insurance on August 26, 2021. The Court previously entered a text order (Document 11) giving Lincoln National until October 14, 2021, to file an answer in this action.

2. Counsel for the Parties have now determined and agreed that the Short Term Disability Plan in question must be substituted as the defendant in this action. Accordingly, the parties request an extension for Lincoln National to respond to or answer the Complaint in order to facilitate the preparation and filing of an amended complaint to make this substitution. Plaintiff's counsel needs more time to prepare the amended complaint due to emergencies that

have required his attention away from the office. As such, the Parties request that the Court enter an order that Lincoln National have until and including October 28, 2021, to answer or otherwise respond to the Complaint.

3. This Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

4. There have been two previous extensions of time to plead in this matter.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Honorable Court to grant this Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint and allow Lincoln National until and including October 28, 2021, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 14th day of October 2021.

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**COUNSEL FOR DEFENDANT**

- AND -

*/s/ John E. Dunlap*
John E. Dunlap
3340 Poplar Avenue #320
Memphis, TN 38111
PH: (901) 320-1603 (telephone)
Fax: (901) 320-6914 (facsimile)
Email: jdunlap00@gmail.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, the above and foregoing Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers