**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

| | |
|---|---|
| **LANCE FRAZIER,** | **CIVIL ACTION NO. 2:21-CV-02540-TLP-atc** |
| **Plaintiff,** | |
| **V.** | **JUDGE THOMAS L. PARKER** |
| **C.C. CLARK, INC.** | **MAGISTRATE JUDGE ANNIE T. CHRISTOFF** |
| **Defendant.** | |

**JOINT MOTION TO DISMISS LINCOLN NATIONAL INSURANCE COMPANY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendant Lincoln National Insurance Company, based on the following stipulation:

It is hereby stipulated by and between Plaintiff Lance Frazier ("Plaintiff") and Defendant Lincoln National Insurance Company ("Lincoln"), by and through their respective counsel, that Lincoln is hereby dismissed from this action without prejudice.

Dismissal under 41(a)(1)(i) is proper since the Plan has not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against the Lincoln.

Respectfully submitted this 27th day of October 2021.

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**COUNSEL FOR DEFENDANT**

- AND -

*/s/ John E. Dunlap*
John E. Dunlap
3340 Poplar Avenue #320
Memphis, TN 38111
PH: (901) 320-1603 (telephone)
Fax: (901) 320-6914 (facsimile)
Email: jdunlap00@gmail.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, the above and foregoing Joint Motion to Dismiss Lincoln National Insurance Company was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers