**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

| | |
|---|---|
| **LANCE FRAZIER,** <br><br> **Plaintiff,** | **CIVIL ACTION NO.** <br> **2:21-CV-02540-TLP-atc** |
| **V.** | **JUDGE THOMAS L. PARKER** |
| **C.C. CLARK, INC.** <br><br> **Defendant.** | **MAGISTRATE JUDGE ANNIE T. CHRISTOFF** |

# <u>ORDER</u>

**CONSIDERING** the Joint Stipulation to Dismiss Without Prejudice any and all claims against Defendant Lincoln National Insurance Company, and finding it well-taken;

**IT IS HEREBY ORDERED** that Defendant Lincoln National Insurance Company be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear his own costs and attorneys' fees with regard to such claims.

**SIGNED** this ______ day of October 2021.

______________________________
UNITED STATES DISTRICT JUDGE