**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LANCE FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>C.C. CLARK, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:21-cv-02540-TLP-atc |

**ORDER GRANTING MOTION TO DISMISS**
**DEFENDANT LINCOLN NATIONAL INSURANCE COMPANY**

Plaintiff Lance Frazier and Defendant Lincoln National Insurance Company jointly move to dismiss Defendant Lincoln National Insurance Company from this suit. (ECF No. 18.) Plaintiff filed an amended complaint against C.C. Clark, Inc. on October 28, 2021. (ECF No. 16.) Once filed, the amended complaint supersedes the original and becomes the "legally operative complaint" in this matter. *See Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000); *see also B & H Med., LLC v. ABP Admin., Ind.*, 526 F.3d 257, 267 n.8 (6th Cir. 2008). Because C.C. Clark, Inc. is the lone Defendant named in the amended complaint, Defendant Lincoln National Insurance Company is no longer a party to this suit. The Court therefore GRANTS the motion to dismiss.

**SO ORDERED**, this 1st day of December, 2021.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE